

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | District of Nevada
Nevada Bar Number 13644
3 | JENNIFER J. OXLEY
Assistant United States Attorney
4 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 | (702) 388-3663
jennifer.oxley@usdoj.gov
6
*Attorneys for the United States of America*
7

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAR 2 6 2020

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

8                   UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
9

10 | UNITED STATES OF AMERICA,            Case No.  2:20-mj-232-BNW

11 |                Plaintiff,              GOVERNMENT'S *EX PARTE*
                                            APPLICATION REQUESTING
12 |        vs.                             SEALING OF THE COMPLAINT

13 | JOHNNY DUNNY,                          (Under Seal)

14 |                Defendant.

15

16    The United States of America, by and through NICHOLAS A. TRUTANICH, United

17 States Attorney, and Jennifer Oxley, Assistant United States Attorney, respectfully moves this

18 Honorable Court for an Order sealing the Complaint, together with this Application, and the

19 Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court,

20 or another Court of competent jurisdiction, shall order otherwise.

21    The Government submits that it is necessary for said documents to be sealed in light of

22 the fact that they make reference to information regarding an a gun sale to an undercover police

23 officer, who continues to be involved in investigations involving the same network of individuals.

24 The Government submits that disclosure of the information may possibly jeopardize the

1  investigation, risk the officer's safety, and permit further flight in order to avoid prosecution. The
2  Government submits that its right to secrecy far outweighs the public's right to know of the
3  allegations contained in the Complaint.
4
5       DATED this 26th day of March, 2020.
6                                               Respectfully submitted,
7                                               NICHOLAS A. TRUTANICH
                                                United States Attorney
8
9                                               /s/ Jennifer J. Oxley
                                                JENNIFER J. OXLEY
10                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY DUNNY,<br><br>　　　　　Defendant. | Case No. 2:20-mj-232-BNW<br><br>ORDER TO SEAL<br><br>(Under Seal) |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter, shall be sealed until further Order of the Court.

DATED this 26th day of March, 2020.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE